**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GRETCHEN PETERSON,<br><br>　　　　　　　Defendant. | NO.  MJ14-410<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

　　Count 1:　　Conspiracy to Distribute 1000 Kilograms or More of Marijuana

　　Count 2:　　Money Laundering Conspiracy

　　Count 4:　　Maintaining Drug Involved Premises

　　Count 12:　　Travel Act

<u>Date of Detention Hearing</u>: October 30, 2014.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　1.　　Defendant was not interviewed so her ties to this jurisdiction are unknown.

2. Defendant has stipulated to detention, but reserves the right to contest her continued detention when she makes her initial appearance on this charge in the District of Maryland.

3. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community, pending his initial appearance in the District of Maryland.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending her initial appearance in the District of Maryland and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 31st day of October.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2